JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>CLARK E. DUCART, Warden,<br><br>Respondent. | Case No. EDCV 13-1767-PA (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 1, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**JS-6**

-1-